## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ARLENE CALBO,

    Plaintiff,

v.                                                                  Case No: 5:23-cv-368-JSM-PRL

IDEAL TAX SOLUTION, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal (Dkt. 17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of October, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record